**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01678-LTB-OES

VICTOR VIRGIOLIO JONES,
    Plaintiff,

v.

TONIA COOPER, Manager, Error Resolution, Internal Revenue Service,
INTERNAL REVENUE SERVICE,
    Defendants.

_____

ORDER
_____

      This case is before the Court on the Recommendations of the Magistrate Judge that Defendant's Motion to Dismiss filed October 15, 2004 be granted and this case dismissed in its entirety, that Plaintiff's Petition to Issue Mandamus to Compel the Defendants to perform their duties filed December 27, 2004, be denied, and that Plaintiff's Petition for Judicial Review filed May 24, 2005 be denied.  The Magistrate Judge also recommends that Plaintiff's request for default judgment in favor of Plaintiff be denied.  These recommendations were issued and served on June 17, 2005.

      The Plaintiff has filed timely written objections to the Magistrate Judge's recommendations and Defendants have responded to the objections.  I have therefore reviewed the recommendations *de novo* in light of the file and record in this action.  Upon *de novo* review, I conclude that the recommendations are correct.  Accordingly

      IT IS ORDERED as follows:

1. Plaintiff's Request for Default Judgment in Favor of Plaintiff filed October 14, 2004, is DENIED;

2. Defendant's Motion to Dismiss filed October 15, 2004 is GRANTED;

3. Plaintiff's Petition to Issue Mandamus to Compel the Defendants to Perform Their Duties filed December 27, 2004 is DENIED;

4. Plaintiff's Petition for Judicial Review filed May 24, 2005 is DENIED; and

5. The above action is DISMISSED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 31, 2005